IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-0166-DGK-02 |
| | ) | |
| NICHOLAS J. PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court are Defendant's motion to suppress and amended motions to suppress all evidence seized in this case, ECF Nos. 27, 30; Magistrate Judge Lajuana M. Count's Report and Recommendation recommending the motion be denied, ECF No. 43; and Defendant's Objection to Report and Recommendation, ECF No. 48.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holding that the motion should be denied.

Accordingly, the Court ADOPTS the Report and Recommendation and DENIES Defendant's motion to suppress.

**IT IS SO ORDERED.**

Date: September 11, 2023

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT